IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
        v.                  )       2:18cr280-MHT
                            )          (WO)
JOHN COURTNEY WRIGHT, II    )


                            ORDER

    The   parties   having   resolved   the   disputed
suppression issues, it is ORDERED as follows:

    (1) The motion to cancel hearing (doc. no. 89) is
granted.

    (2)  The  recommendation  of  the  magistrate  judge
(doc. no. 39) is withdrawn as moot.

    (3) The motion to suppress (doc. no. 24) is denied
as moot.

    DONE, this the 25th day of September, 2019.

                        __/s/ Myron H. Thompson__
                        UNITED STATES DISTRICT JUDGE