IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
    )    CRIMINAL ACTION NO.
    v.    )    2:18cr280-MHT
    )    (WO)
JOHN COURTNEY WRIGHT, II    )


ORDER

It is ORDERED that defendant John Courtney Wright, II's unopposed motion to delay reporting (doc. no. 128) is granted, and the deadline for the defendant to surrender for service of sentence, currently set for June 16, 2020, is reset to July 16, 2020, on or before 2:00 p.m.

DONE, this the 8th day of June, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE