IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
     v.                     )         2:18cr280-MHT
                            )             (WO)
JOHN COURTNEY WRIGHT, II    )
```

## ORDER

Based on the representations made during the conference call on the record today, it is ORDERED that defendant John Courtney Wright, II's unopposed motion to delay reporting (Doc. 165) is granted, and the deadline for defendant Wright to surrender for service of sentence, currently set for April 19, 2021, is reset to June 18, 2021, at or before 2:00 p.m.

***

<u>This is the last time the court will extend the reporting deadline.</u>  The court has already extended the deadline six times due to the COVID-19 pandemic and Wright's health conditions, which place him at elevated risk of serious complications, including death, should he be infected with COVID-19.  The court is extending

the deadline one final time for 60 days for these reasons, and due to the significant continued spread of COVID-19 at the Bureau of Prisons facility to which Wright has been assigned.  This delay will give Wright one last chance to get vaccinated before he reports to prison.   The court emphasizes that it is Wright's decision alone whether to be vaccinated.  However, the court will not again extend the reporting deadline, regardless of the threat posed to Wright by conditions at the prison in light of his heightened vulnerability to COVID-19.

    DONE, this the 16th day of April, 2021.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE