IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:18cr280-MHT** |
| | ) | **(WO)** |
| **JOHN COURTNEY WRIGHT, II** | ) | |

## ORDER

It is ORDERED that defendant John Courtney Wright, II's motion for compassionate release (Doc. 171) is denied as moot because he was released from the custody of the Bureau of Prisons on December 9, 2022. *See* Federal Bureau of Prisons Website, www.bop.gov/inmateloc/ (last visited May 29, 2024).

DONE, this the 28th day of June, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**